Susan KIMEL, Appellant,

v.

Howard KIMEL, Appellee.

No. 2346.

Municipal Court of Appeals for the
District of Columbia.

Argued March 2, 1959.

Decided July 21, 1959.

Arthur L. Willcher, Washington, D. C.,
for appellant.

No appearance for appellee.

Before ROVER, Chief Judge, HOOD,
Associate Judge, and CAYTON (Chief
Judge, Retired) sitting by designation un-
der Code, § 11–776(b).

PER CURIAM.

The wife appeals from a judgment dis-
missing her amended complaint for annul-
ment of the marriage. The grounds ad-
vanced for the annulment were fraud by
the husband, consisting of his intention
never to have children of the marriage, and
matrimonial incapacity.

After a hearing the court held that the
wife had failed to prove either ground. We
have carefully examined the record and find
no error.

Affirmed.